## Commonwealth v. Ryan.

(Decided October 28, 1930.)

J. W. CAMMACK, Attorney General, GEORGE H. MITCHELL, Assistant Attorney General, and E. E. BELL for appellant.

J. M. KENNEDY for appellee.

OPINION OF THE COURT BY JUDGE WILLIS—Affirming.

This is a companion case to that of the Commonwealth of Kentucky v. Josh Bates, 235 Ky. 763, 31 S. W. —— this day decided. Inasmuch as the facts and issues in each proceeding were the same, it is not necessary to repeat the discussion found in the Bates case. Upon the reasoning and authority of that case, like result must be reached in this one.

The judgment is affirmed.